October 29, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MARK DAVID MEIER, Appellant

NO. 14-13-00555-CV                    V.

LISA MEIER, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 5, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Mark David Meier.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.